# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    Cheryl L. Pollak         DATE :    2-1-2022

DOCKET NUMBER:    22-CR-43(DG)              LOG #    3:56-4:15

DEFENDANT'S NAME :    Shimshon Mandel
    __X__ Present (via video/audio)    ____ Not Present    __X__ Custody    ____ Bail

DEFENSE COUNSEL:    Susan Necheles
    ____ Federal Defender    ____ CJA    __X__ Retained

A.U.S.A:    Benjamin Weintraub         CLERK:    M. Sica

Pretrial Officer :    Jada Gross/ Robert Long        (Language)

__X__ Defendant arraigned on the: __X__ indictment ____ superseding indictment ____ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.    ____ Defendant's first appearance.

   __X__ Bond set at $400,000.00   Defendant __X__ released ____ held pending satisfaction of bond conditions.

   __X__ Defendant advised of bond conditions set by the Court and signed the bond.

   __2__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   __X__ (Additional) surety/ies to co-sign bond by    2-8-2022

   ____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued.  Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay/Speedy Trial entered.  Start  2-1-22   Stop  3-18-22
____ Medical memo issued.
____ Defendant failed to appear; bench warrant issued.

__X__ Status conference set for  3-18-22  @  11:30am  before Judge  Gujarati

Other Rulings :   All parties appeared via Video/ telephone conference.  Both parties are on consent for the release of the defendant with conditions as stated on the record.  The court granted bail with conditions as stated on the record.  Property to be posted by 2-8-2022.