

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BLW
F. #2020R01134

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2022

By ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Shimshon Mandel
              Criminal Docket No. 22-43 (DG)

Dear Judge Gujarati:

      The government respectfully submits this letter to request that the Court enter an Order of Excludable Delay from March 18, 2022 through March 21, 2022, which is the date of the next-scheduled status conference. The government and counsel for the defendant are engaged in discussions regarding the resolution of this matter short of trial and an exclusion of time as proposed above would serve the ends of justice, as outlined in 18 U.S.C. § 3161(h)(7).

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:  *Benjamin Weintraub*
      Benjamin Weintraub
      Assistant U.S. Attorney
      (718) 254-6519