# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

June 28, 2022

<u>Via ECF</u>  
Hon. Diane Gujarati  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: *United States v. Shimshon Mandel,* 22-cr-43

Dear Judge Gujarati:

We respectfully write to request to be relived from representing Mr. Mandel. Mr. Mandel has retained new counsel, John Mitchell, to represent him and Mr. Mitchell has entered his notice of appearance. Dkt. # 21.

We are not asserting a retaining or charging lien. I have spoken to Mr. Mandel and he consents to this request. As per the Local Rules, I will send a copy of this letter motion to Mr. Mandel by email.

Respectfully submitted,

/s/

Gedalia Stern