

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BLW
F. #2020R01134

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 30, 2022

By ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Mandel
          Criminal Docket No. 22-043 (DG)

Dear Judge Gujarati:

    The parties respectfully jointly submit this letter to request that the Court convert the status conference scheduled for December 5, 2022 from an in-person appearance to a virtual appearance. The parties are seriously engaged in plea negotiations and expect to resolve this matter short of trial.

    Respectfully submitted,

    BREON PEACE
    United States Attorney

By: *Benjamin Weintraub*
    Benjamin Weintraub
    Assistant U.S. Attorney
    (718) 254-6519