# EXHIBIT A



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
9816910311

10/06/2023
Void after 7 years

**Remitter:** JOHN W MITCHELL ESQ/ATTORNEY TRUST ACCOUNT IOLA

$** 316,447.60 **

**Pay To The Order Of:** U.S. MARSHALS SERVICE

Memo:-------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
NON NEGOTIABLE

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

9816910311   25-3
                          440

Date   10/06/2023   Void after 7 years

**Remitter:** JOHN W MITCHELL ESQ/ATTORNEY TRUST ACCOUNT IOLA

**Pay To The Order Of:** U.S. MARSHALS SERVICE

**Pay:** THREE HUNDRED SIXTEEN THOUSAND FOUR HUNDRED FORTY SEVEN DOLLARS AND 60 CENTS

$** 316,447.60 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

*Rebecca Griffin*

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Do not write outside this box
Memo: U S v. S. MANDEL  22 CR 43 (GD)
Note: For information only. Comment has no effect on bank's payment.

⑆9816910311⑆ ⑈044000037⑇ 758661433⑈



## CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**

**CASHIER'S CHECK**                          9816910311

                                             10/06/2023
                                             Void after 7 years

**Remitter:**   JOHN W MITCHELL ESQ/ATTORNEY TRUST ACCOUNT IOLA

                                             $** 316,447.60 **

**Pay To The
Order Of:**   U.S. MARSHALS SERVICE

                                             Drawer: **JPMORGAN CHASE BANK, N.A.**
Memo:----------------------------------------------   **NON NEGOTIABLE**
Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/21 8810004306

HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK   **CASHIER'S CHECK**   HOLD DOCUMENT AT ANGLE TO VIEW ARTIFICIAL WATERMARK ON BACK

## CHASE                                      9816910311      25-3
                                                              440
                                              Date   10/06/2023   Void after 7 years
**Remitter:**   JOHN W MITCHELL ESQ/ATTORNEY TRUST ACCOUNT IOLA

**Pay To The
Order Of:**   U.S. MARSHALS SERVICE

**Pay:**   THREE HUNDRED SIXTEEN THOUSAND                      $** 316,447.60 **
           FOUR HUNDRED FORTY SEVEN DOLLARS AND 60 CENTS

                                             Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

Memo: U S v. S. MANDEL  22 CR 43 (GD)        Rebecca Griffin
Note: For information only. Comment has no effect on bank's payment.   Rebecca Griffin, Chief Administrative Officer
                                             JPMorgan Chase Bank, N.A.
                                             Columbus, OH

⑆9816910311⑆ ⑈044000037⑆ 758661433⑈

Cashiers Check Print Summary

Check Information
  Check Number:9816910311    Amount:         $316,447.60
  Pay to Line:  U.S. MARSHALS SERVICE
  Pay to Line 2:
  Purchaser:    JOHN W MITCHELL ESQ
                ATTORNEY TRUST ACCOUNT IOLA



Address:        360 N BEDFORD RD
                MOUNT KISCO
                NY 10549
Location:       CTXL
Device ID:      -BTC01
Transaction:    940377659035
_____

FedEx 2Day
Tracking Number:
 784700871680    0.15 lb (S)       22.00
        Declared Value  0
Recipient Address:
    Assistant US Attorney Tanisha
    R. Payne, US Attorney's Office
    Eastern District of New York
    271-A Cadman Plaza East
    Brooklyn, NY 11201
    7182547000

Scheduled Delivery Date 10/10/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

        Shipment subtotal:    $22.00

        Total Due:      $22.00